**United States District Court**
For the Northern District of California

1
2
3                                                              **\*E-FILED 11/15/07\***
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11   AIRCRAFT TECHNICAL PUBLISHERS,          No. C 07-04026  RS
12           Plaintiff,                       **ORDER CONTINUING**
                                              **CASE MANAGEMENT CONFERENCE**
13   v.
14   NEW PIPER AIRCRAFT, INC., et al.
15
16           Defendants.
     _____/
17        The above-entitled case is scheduled for a Case Management Conference on November 21,
18   2007 at 2:30 p.m.  Pursuant to the Order Setting Initial Case Management Conference, a Joint Case
19   Management Conference Statement was to be filed with the Court seven days prior to the
20   Conference.  No Case Management Statement has been filed.  Therefore, the Court continues the
21   case management conference to **January 23, 2008 at 2:30 p.m.**
22        The parties shall make a determination regarding the issue of consent to the jurisdiction of
23   the Magistrate Judge and file the appropriate form no later than **January 16, 2008;** other deadlines
24   set in the Order Setting Initial Case Management Conference are continued accordingly.
25        IT IS SO ORDERED.
26   Dated:  11/15/07
27                                              _____
28                                              RICHARD SEEBORG
                                                United States Magistrate Judge

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY**
   **PROVIDED TO:**
2

3  Tim C. Hale     thale@computerlaw.com

4  Jack Russo     jrusso@computerlaw.com, mrisch@computerlaw.com

5

6  Dated: 11/15/07

7

8                                          /s/ BAK
                                           Chambers of Magistrate Judge Richard Seeborg
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2