1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  RUSSO & HALE LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: 650-327-9800
4  Facsimile: 650-327-3737
   Email:  jrusso@computerlaw.com
5  Email:  thale@computerlaw.com

6  Attorneys for Plaintiff
   AIRCRAFT TECHNICAL PUBLISHERS
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                           (SAN FRANCISCO DIVISION)
11

12
   AIRCRAFT TECHNICAL PUBLISHERS, a          Case No.: C 07 04026 RS
13 California company,
                                             **NOTICE OF DISMISSAL WITH**
14                  Plaintiff,               **PREJUDICE AS TO DEFENDANT**
                                             **NEW PIPER AIRCRAFT, INC. ONLY**
15          vs.
                                             Fed. R. Civ. P. Rule 41(a)
16 NEW PIPER AIRCRAFT, INC., a Florida
   corporation; AVANTEXT, INC., a
17 Pennsylvania corporation,

18                  Defendants.

19

20         Pursuant to Federal Rule of Civil Procedure 41(a), since Defendant New Piper Aircraft, Inc.

21 has not yet served its answer or a motion for summary judgment and because a settlement has been

22 reached with said defendant, Plaintiff Aircraft Technical Publishers, through its counsel of record,

23 hereby dismisses only Defendant New Piper Aircraft, Inc. from the above action with prejudice.

24 This dismissal does NOT extend to Defendant Avantext, Inc.

25 Dated: November 12, 2007              RUSSO & HALE LLP

26                                 By:    __/s/ Jack Russo_____
27                                        Jack Russo/Attorney for Plaintiff

28