JACK RUSSO (State Bar No. 96068)
TIM C. HALE (State Bar No. 114905)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: 650-327-9800
Facsimile: 650-327-3737
Email: jrusso@computerlaw.com
Email: thale@computerlaw.com

Attorneys for Plaintiff
AIRCRAFT TECHNICAL PUBLISHERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AIRCRAFT TECHNICAL PUBLISHERS, a California company,<br><br>Plaintiff,<br><br>vs.<br><br>NEW PIPER AIRCRAFT, INC., a Florida corporation; AVANTEXT, INC., a Pennsylvania corporation,<br><br>Defendants. | Case No.: C 07 04026 RS<br><br>**PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I work with the law firm of RUSSO & HALE LLP, whose address is 401 Florence Street, Palo Alto, California 94301. On November 15, 2007, I caused to be served the following document(s) on the person(s) listed below by the method(s) listed below:

1. NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NEW PIPER AIRCRAFT, INC. ONLY

2. PROOF OF SERVICE [UNEXECUTED]

//

| | |
|---|---|
| ☒ MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) described herein would be sealed in an envelope which would be deposited with the United States Postal Service on the above-listed date with postage thereon fully prepaid in the ordinary course of business. | ☒ FAX: I caused to be transmitted via facsimile the document(s) listed above to the fax number(s) set forth below on above-listed date. The transmission was reported as complete and without error by the facsimile machine at telephone number (650) 327-3737. |
| ☐ HAND: I personally delivered the above-listed documents on the date set forth above to an authorized courier to be served by hand by said courier on the date set forth above to the person(s) at the address(es) set forth below. | ☐ ELECTRONIC MAIL: I caused to be transmitted the above-referenced document(s) via electronic mail to the persons at the e-mail addresses set forth below. |
| ☐ FEDEX: I am readily familiar with the practice of Russo & Hale LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein were deposited on the date set forth below in a box or other facility regularly maintained by FedEx for overnight delivery in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below. | ☐ PERSONAL: I personally served the above-listed documents to the person(s) at the address(es) set forth below by: (a) handing to the person(s); or, (b) leaving it at the person'(s) office with a clerk or other person in charge, or if no on was in charge, leaving it in a conspicuous place in the office. |
| David S. Tobin, Esq.<br>Tobin & Reyes, P.A.<br>5355 Town Center Road<br>Suite 204<br>Boca Raton, Florida 33486<br>Telephone: (561) 620-0656<br>Facsimile: (561) 620-0657 | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct based upon my personal knowledge.

Executed on November 15, 2007 at Palo Alto, California.

　　　　　　　　　　　　　　　　　　__/s/ Patricia Judge_____
　　　　　　　　　　　　　　　　　　Patricia Judge

RUSSO & HALE LLP
Palo Alto, California

**Declaration of Gerald Kosbab**　　　　　　　　　　　　**Case No. C-07-04026**_____

2