1  JACK RUSSO (State Bar No. 96068)
   TIM C. HALE (State Bar No. 114905)
2  RUSSO & HALE LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: 650-327-9800
4  Facsimile: 650-327-3737
   Email:  jrusso@computerlaw.com
5  Email:  thale@computerlaw.com

6  Attorneys for Plaintiff
   AIRCRAFT TECHNICAL PUBLISHERS
7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                    (SAN FRANCISCO DIVISION)
11

12
   AIRCRAFT TECHNICAL PUBLISHERS, a          Case No.: C 07 4026 RS
13 California company,
                                             **NOTICE OF DISMISSAL OF ACTION**
14                      Plaintiff,
                                             Fed. R. Civ. P. Rule 41(a)
15            vs.

16 NEW PIPER AIRCRAFT, INC., a Florida
   corporation; AVANTEXT, INC., a
17 Pennsylvania corporation,

18                      Defendants.

19

20       Pursuant to Federal Rule of Civil Procedure 41(a), since Defendant Avantext, Inc. has not

21 yet served its answer or a motion for summary judgment, Plaintiff Aircraft Technical Publishers,

22 through its counsel of record, hereby dismisses this action without prejudice.

23

24 Dated: December 11, 2007                   RUSSO & HALE LLP

25
                                      By:    ___/s/ Jack Russo_____
26                                           Jack Russo

27                                           Attorneys for Plaintiff
                                             AIRCRAFT TECHNICAL PUBLISHERS
28